# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-915 (RCL) |
| UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) |
| Defendant. | ) |

## MOTION TO VACATE DISPOSITIVE MOTION DEADLINE

Defendant United States Department of Housing and Urban Development, by undersigned counsel, respectfully submits this motion to vacate the deadline requiring Defendant to file a *Vaughn* index and a dispositive motion, as ordered by the Court on May 3, 2019. ECF No. 8. Plaintiff Public Citizen, Inc., opposes the relief requested herein. In support of its motion, Defendant states as follows:

1. This case concerns one Freedom of Information Act request submitted by Plaintiff to Defendant in December 19, 2018, immediately before the most recent shutdown of government operations. The request seeks certain agency records concerning regarding the eligibility of participants in the Deferred Action for Childhood Arrivals program for loans insured by the Federal Housing Administration. *See* ECF No. 1.

2. Defendant is in the process of searching for responsive hard copy and electronic discovery ("e-discovery") documents. As to Defendant's search for hardcopy documents, Defendant is in the process of reviewing and processing the non-exempt portions to release to Plaintiff in response to its requests. Defendant estimates that it will be in a position to outline a

final production schedule with respect to the hard-copy records within the next two weeks. As to the e-discovery documents, Defendant estimates having access to such results by the end of June, at which time Defendant will engage in a responsiveness review followed by processing for release of non-exempt records. Defendant estimates it will be in a position to outline a final production schedule as to the e-discovery upon completion of its responsiveness review, which Defendant estimates will take approximately 45 days upon having access to the e-discovery results.[1]

3. On May 8 and May 30, 2019, counsel for Plaintiff and Defendant conferred regarding the status of Defendant's response. Defendant explained that it is in the process of responding to Plaintiff's request and that it would be premature to begin briefing on dispositive motions. Defendant indicated that, upon completing a production schedule, it would process 500 pages per month and produce non-exempt responsive records on a rolling basis.

4. Based on the foregoing, Defendant requests to file a Status Report every 45 days until Defendant's production is complete.

5. Accordingly, Defendant respectfully requests that the Court enter the attached proposed Order vacating the deadline to submit dispositive motions and requiring the filing of Joint Status Reports every 45 days until Defendant's production is complete.

Dated: June 3, 2019                     Respectfully submitted,

                                        JESSIE K. LIU, D.C. Bar #472845
                                        United States Attorney

                                        DANIEL F. VAN HORN, D.C. Bar #924092
                                        Chief, Civil Division

                                        By:    /s/ *Matthew Kahn*
                                        MATTHEW KAHN
                                        Assistant United States Attorney

---

[1] Presently, Defendant has identified 11 potential custodians of e-discovery. Moreover, Defendant has only received records for one of the custodians.

                                              Civil Division  
                                              U.S. Attorney's Office, District of Columbia  
                                              555 4th Street, N.W.  
                                              Washington, D.C.  20530  
                                              Telephone: (202) 252-6718  
                                              Matthew.Kahn@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC CITIZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 19-915 (RCL) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOUSING AND URBAN ) | |
| DEVELOPMENT, ) | |
| ) | |
| Defendant. ) | |

## **[PROPOSED] ORDER**

In light of Defendant's Motion to Vacate Dispositive Motion Deadline, and the entire record herein, it is hereby **ORDERED** that the parties shall file a further joint status report on or before July 18, 2019.

**SO ORDERED.**

Date

ROYCE C. LAMBERTH
United States District Judge