**EXHIBIT 12**

# Potomac Partners Conference Call: September 25, 2018

Call-in number: 1-310-372-7549 (b)(6)

# Overview

- Government Shutdown Update No shutdown expected, BUT still possible FHA Final condominium rule still in review at HUD VA Handbook changes unlikely until end of year CFPB "Change takes time" RESPA Section 8 Class Action Settlement USDA FY 2019 Commitment Authority Standard Delay

# FHA

- Disaster RemindersPolicy Issues Downpayment Assistance – ANPR comingBorrower w/ DACA StatusFHA/Resource Center ResponsesOutsourcing & settlement certificationsTPO eligibilityWebinar – Recertification processDataNeighborhood Watch – AugustMonthly Reports – July

# Disaster Reminders

- HUD Handbook 4000.1 (p.351)"all properties w/ pending Mortgages or endorsements … must have a damage inspection report … dated after the Incident Period" (waiver).FAQ"FHA uses the FEMA definitions of major disaster area and individual assistance."FEMA/Hurricane Florence: Major Disaster Area  North Carolina - 18 countiesSouth Carolina – 4 countiesHUD Resource Center: loans can be closed during Incident Period – inspections occur later

# FHA: Policy Issues

- Downpayment AssistanceAdvance Notice of Proposed Rulemaking (ANPR)Focus on "from a source other than family member including tribal providers and state and local HFAs DACAHousingWire – "Ask the Underwriter"Deferred Action for Childhood Arrivals (DACA) statusBorrowers do not have legal statusHUD Handbook (p.134)Non-U.S. citizens without lawful residency in the U.S. are not eligible for FHA-insured Mortgages.

# FHA/Resource Center Responses

- Outsourcing admin/clerical outside of U.S. OK but no access to FHA Connection permittedSettlement Certification"This document is required for all purchases, not for refinances."TPO eligibility (not FHA-approved)FHA lender eligibility requirements do not applyNo conflict of interest issue (husband or wife – real estate)Can pay employees on 1099Must comply with federal and state lawsReminder:  Go to Resource Center (answers@hud.gov) in writing w/ questionsInclude Handbook section w/ your question to show your understanding of the

# Webinar on Lender Recertification

- RemindersImportance of monitoring financial position on a monthly basis - net worth liquidity, any operating loss, etc. must report significant changes as Material EventsUnable to certifyProvide all relevant docs – proof of paymentPoint of contact at regulatorCertification can be completed by any corporate officer in LEAPIf you use subservicer, submit their compliance reportRegulatory exams in process (Q&A)Must notify HUD even if no expectation of findingsIf you use subservicer, submit their compliance report

# FHA Data

- Neighborhood Watch data - AugustEarly default rate = 1.33% (declined 9 bps)Excluding hurricanes, the rate = 1.22% (increased 3 bps)Portfolio SDQ rate = 3.90% (declined 11 bps)Lowest SDQ rate since 2030-day dqs fell again after spike in JuneMonthly data - July FHA originations are down 20% in first 10 monthsPurchase originations down 12%; refi's off 35%Area of concernRecapture rate (prepays return as refis) falls to 9%

# CFPB

- Supervisory HighlightsJoint Statement on Supervisory GuidanceTrial Disclosure"Disclosure Sand Box" Loan Officer Compensation Rule ProposalRESPA Section 8 Class Action Settlement

# CFPB

- Supervisory HighlightsFirst in post-Cordray era/ no origination findingsJoint Statement on Supervisory GuidanceSupervisory guidance includes bulletins, FAQs, etc. "Unlike a law or regulation, supervisory guidance does not have the force and effect of law, and the agencies do not take enforcement actions based on supervisory guidance." "Examiners will not criticize a supervised financial institution for a "violation" of supervisory guidance."

# CFPB

- Trial Disclosure "Disclosure Sandbox" No trial disclosure programs had been approved under Cordray regime Encourage more submissions Streamline the application and review process Establish a 60 day response deadline Two-year time frame for testing disclosures Coordinating with state regulators to enable state-regulated entities to take advantage of the program Develop process for permitting companies to continue to use disclosures that "test successfully"

# Loan Officer Compensation Rule Proposal

- MBA is working to address LO compensation problems. Sending industry letter Three recommendations Permit lower LO compensation to meet competition Allow lenders to charge LOs for errors Allow lenders to change compensation for state and local bond agency loans  Seeking lenders to sign on to individual lender letter

# RESPA Class Action Settlement

- PHH & Cendant/Realogy settlement = $17 millionTakeawaysInvolved title referralsAllegation was blatant violationPHH required to refer loans to title subsidiaryLawsuit filed about 6 months after CFPB penalty of $109 millions announced in 2015

# VA

- Handbook/Regulation ChangesNo changes expected until end of year 1004MC still requiredIRRRL AppraisalsOnly required on fixed to ARM loans

| | |
|---|---|
| From: | DiMarino, Deanna B |
| Sent: | 4 Dec 2018 23:21:36 +0000 |
| To: | Higgins, John S |
| Cc: | Metellus, Ludger |
| Subject: | RE: ERC Minutes for Review |

Thanks Jack. Enjoy your time away&#128522;
Deanna

**From:** Higgins, John S <John.S.Higgins@hud.gov>
**Sent:** Tuesday, December 04, 2018 6:19 PM
**To:** DiMarino, Deanna B <Deanna.B.Dimarino@hud.gov>
**Cc:** Metellus, Ludger <Ludger.Metellus@hud.gov>
**Subject:** FW: ERC Minutes for Review
**Importance:** High

Good to go.

**From:** Metellus, Ludger <Ludger.Metellus@hud.gov>
**Sent:** Tuesday, December 04, 2018 5:06 PM
**To:** Desai, Tempie R <Tempie.R.Desai@hud.gov>
**Cc:** Higgins, John S <John.S.Higgins@hud.gov>
**Subject:** FW: ERC Minutes for Review
**Importance:** High

Deanna,
It looks good to me.
Ludge

**From:** DiMarino, Deanna B <Deanna.B.Dimarino@hud.gov>
**Sent:** Tuesday, December 04, 2018 12:09 PM
**To:** Higgins, John S <John.S.Higgins@hud.gov>; Metellus, Ludger <Ludger.Metellus@hud.gov>
**Subject:** ERC Minutes for Review
**Importance:** High

Hi Jack/Ludge,
Please find attached the ERC Minutes for November for your review. Once I receive your edits/comments, I will convert to pdf and distribute.
Two things –

1. Jack – I was hoping to hear back from Kevin Stevens with approval to contact OGC concerning the response we received from AHOC lender when we cited for DACA. I will follow up with him again Thursday and proceed from there, but don't want to hold the minutes any further just to add comments indicating this is under review by OGC.
2. Concerning the question that came up about the photos of documents also applying to income docs (paystubs/W-2's etc.) – I will amend the ERC Minutes for October to include "income" in the document types and will attach the revised minutes to the e-mail that I use to distribute the November Minutes. This will also be updated on the ERC Matrix when I update with November topics.

Thanks,
Deanna

**From:** Stevens, Kevin L
**Sent:** 1 May 2019 21:20:57 +0000
**To:** Saunders, Elissa O
**Subject:** FW: Commissioner Speaking at NAMB Monday-Need Key Issues
**Attachments:** NAMB FHA 2019 Letter.pdf

If you want to take a peak before I reply all:


Chuck-

I had not seen this letter before, but it is advocating for risk based MIP and to end life of loan MIP. Not sure if we have standard responses for these 2 items. (One fact check to mention on the letter- It states that MIP was cancelled at 78%LTV from 1934 until June 2013. This is not correct- FHA instituted cancelling MIP in January 2001 (ML 00-38 and 00-46) until June 2013 (ML 2013-04).)

Hot topics are likely to be: TOTAL scorecard changes, DPA and DACA.

Other topics may include:
Student loan payment calculation- Q. Has FHA considered altering the calculation of student loan payments to recognize income based payment plans to match the requirements of the GSEs? A.- FHA is looking at this issue as part of its overall assessment of the program to ensure we strike the right balance of protecting the MMIF and promoting access to homeownership.

Changes in recognition of changes in the tax code- Q. Is FHA planning on updating is requirements for employee business expenses now that these expenses can no longer be deducted due to the change in the tax code? A. Yes, FHA recognizes the changes in the tax code and will look to address this issue in a future handbook update.

Kevin


**From:** Tasca, Charles P <Charles.P.Tasca@hud.gov>
**Sent:** Wednesday, May 01, 2019 2:39 PM
**To:** Saunders, Elissa O <Elissa.O.Saunders@hud.gov>; Stevens, Kevin L <Kevin.L.Stevens@hud.gov>; Shaffer, Julie <julie.shaffer@hud.gov>
**Cc:** Gormley, Joseph M <Joseph.M.Gormley@hud.gov>; Morris, Vance T <Vance.T.Morris@hud.gov>
**Subject:** Commissioner Speaking at NAMB Monday-Need Key Issues

Hi, the Commissioner is speaking at NAMB on Monday – it was a sudden replacement for SOHUD that came up yesterday. Need any hot topic/key issues w/ basic response that you can think of in order to prep him.

Copy of the NAMB letter on tiered pricing also attached. Was hoping that you could give me some guidance on our position relative to the content (or, if we have a response letter to this one that we sent, that would be fine, too.)

Apologies for the short notice, but would need to have his briefing book put together **before noon on Friday.** If you can help with the bare bones basics, I can clean up.

Thanks,
Chuck



February 20, 2019

The Honorable Commissioner Brian D. Montgomery
Federal Housing Administration
Department of Housing and Urban Development
451 7th Street SW
Room 9100
Washington, DC 20410

Dear Commissioner Montgomery:

NAMB is the only national trade association representing the mortgage broker industry. With members in all 50 states, NAMB promotes the industry through programs and services such as education, professional certification and government affairs representation.

We are writing to recommend a change to the Mortgage Insurance Premium (MIP) structure which we believe will make the FHA mortgage a more competitive product in the marketplace while still maintaining the Congressionally mandated 2% cash reserves for the Mutual Mortgage Insurance Fund (MMIF). <u>NAMB is proposing FHA implement or, at least, pilot test a tier pricing structure for credit scores similar to Conventional Loan market where higher credit scores earns a lower annual renewal for the borrower.</u>

Since the introduction of Fannie Mae and Freddie Mac HomeReady and HomePossible products offering conventional loans with just 3% down and mortgage insurance premiums lower than FHA, the credit quality of borrowers using an FHA loan has deteriorated. Loan Originators helping first-time home buyers with credit scores over 700 and average debt-to-income ratios would be ill-serving their customers by placing them in an FHA loan. Example: With a $300,000 sale price the borrower's down payment is 3.5% using FHA vs. 3.0% Conventional loan with Fannie Mae or Freddie Mac. Up front Mortgage Insurance cost is 1.75% for FHA ($5,066) vs. $0 on Conventional. In 5 years, Annual Renewal Mortgage Insurance for FHA is .85% ($12,303) vs. Conventional at .58% ($8,439). In this example, the FHA loan costs almost $9,000 more.

Loan Originators assisting their higher credit score/average debt-to-income buyers are obligated to inform the borrower that an FHA loan has mortgage insurance premiums that NEVER EXPIRES vs. Freddie Mac and Fannie Mae Conventional products where mortgage insurance can be eliminated.

We are concerned that FHA is only attracting the lowest credit score and highest debt-to-income borrowers which ultimately puts the Mutual Mortgage Insurance Fund at a greater risk for loss.

Conventional Mortgage Insurance cannot be obtained on credit scores under 640. FHA will take scores as low as 580. Typically, Conventional debt-to-income ratios (DTI) are acceptable up to 45%. Beyond that, these borrowers typically get an FHA loan where DTI ratios can exceed 50%.

After one year, many good FHA borrowers are refinanced into the 97% Conventional products so higher MIP can be reduced and eventually eliminated. This structure of FHA leads to less revenue coming to the MMIF from loans that are seasoned and paying into the fund and is a fundamental flaw in the FHA program.

Tier price for credit scores similar to Conventional market-higher credit score earns a lower annual renewal: Instead of .85%, 740+ might be .50%. Tier price MIP over time: Lower credit score/higher debt-to-income borrower start at .85% for 3 years. Reduced to .50% for the next 3 years. Then drop to .35% thereafter, if not completely removed.

There is precedent for this type of pricing model. From 1934 to June 2013, FHA borrowers were able to cancel their MIP upon proof their loan-to-value was 78% or less.

NAMB would appreciate your thoughts on this proposal.


Sincerely,

Richard M. Bettencourt Jr.,CVLS, CRMS
2019 NAMB President