**EXHIBIT 13**

# PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

# Time Records Report

| Staff | Date | Time | Description |
|---|---|---|---|
| **Public Citizen v. HUD (DACA FOIA)** | | | |
| **Zieve, Allison** | | | |
| | 8/5/2019 | 1.8 | Edit motion for partial SJ and statement of materal facts (1.2); edit revised papers (.6) |
| | 9/30/2019 | 1.3 | Review HUD opp, review OIP policy, edit draft reply, email to AP |
| | 10/23/2020 | 0.4 | Revise AZ decl |
| | 10/26/2020 | 1.4 | Review AP decl (.3), review and revise motion for fees (.9), emails w/AP (.2) |
| | 10/29/2020 | 0.2 | Review and finlaize decl |
| | **Staff total:** | **5.1** | |
| **Pulver, Adam** | | | |
| | 3/27/2019 | 1.5 | Draft complaint |
| | 4/1/2019 | 0.6 | Review RS and AZ comments; finalize and file |
| | 5/3/2019 | 0.2 | Review answer |
| | 5/20/2019 | 0.1 | Discuss case status with RS |
| | 5/22/2019 | 0.1 | Email opposing counsel re status. |
| | 5/29/2019 | 0.1 | Email correspondence with AUSA re scheduling |
| | 5/30/2019 | 0.6 | TC with Defendant's counsel re status (.2); discuss same with A. Zieve and follow-up email (.1); review proposal from opposing counsel and draft counter (.3) |
| | 5/31/2019 | 1 | Email back and forth with opposing counsel re production (.5); draft opposition to Defendant's motion for extension (.5) |
| | 6/3/2019 | 0.6 | Update R. Smullin re case status (.1); Review motion to vacate and finalize and file opposition (.5) |
| | 6/4/2019 | 0.6 | Review partial production and discuss same with R. Smullin (.5); review Govt reply (.1) |
| | 6/24/2019 | 0.1 | Review order from Court |
| | 6/27/2019 | 0.1 | Email to AUSA re status |
| | 7/8/2019 | 0.6 | Review emails from agency and July 2 production (.4); draft email to opposing counsel re improper redactions in July 2 production (.2) |
| | 7/15/2019 | 1.3 | TC with opposing counsel (.5); research and drafting of follow up email to opposing counsel (.5); review email from opposing counsel and respond (.3) |
| | 7/16/2019 | 0.6 | Draft proposed JSR (.5); email with R. Smullin re same (.1) |
| | 7/17/2019 | 0.5 | Review proposed edits to JSR and counter (.5) |
| | 7/18/2019 | 0.4 | Back and forth email correspondence with AUSA and related editing of JSR (.3); filing of JSR (.1) |

| Date | Hours | Description |
|---|---|---|
| 7/31/2019 | 1.8 | Review related DDC decision (.1); discuss strategy with A. Zieve and R. Smullin (.2); draft motion for partial summary judgment and supporting documents (1.5) |
| 8/1/2019 | 0.8 | Preparation of documents for MPSJ (.3); drafting of motion (.5) |
| 8/2/2019 | 3 | Work on MPSJ and exhibits |
| 8/4/2019 | 1.5 | Draft motion for PSJ and supporting materials |
| 8/5/2019 | 1 | Revise brief and accompanying materials per A.Zieve suggested edits |
| 8/7/2019 | 3 | Review and process new production (.5); edit memo and supporting documents to address new production (1.0); proof finalize and file motion for partial summary judgment and attachments (.5); further review new production and redactions (1.0) |
| 8/13/2019 | 0.1 | Review court order |
| 8/14/2019 | 0.1 | Email correspondence with AUSA |
| 8/15/2019 | 0.1 | Draft JSR and email AUSA re same (.1) |
| 8/16/2019 | 2.3 | Review correspondence from AUSA including revised production and revised JSR (.2); review motion and draft opposition to Defendants extension/abeyance requests (2.1) |
| 8/19/2019 | 0.8 | Review edits from R. Smullin and S. Nelson to opposition, finalize and file (.8) |
| 8/23/2019 | 1 | Review extension motion and draft opposition |
| 8/26/2019 | 0.6 | Review edits from A. Zieve and R. Smullin, finalize, and file opposition to extension |
| 9/5/2019 | 0.1 | Review court order |
| 9/23/2019 | 0.3 | Correspondence with M. Kahn re extension request (.1); review M. Kahn motion (.1); correspondence with M. Kahn re JSR (.1) |
| 9/24/2019 | 0.8 | Review production (.5); draft JSR (.2); discuss production and JSR with R. Smullin (.1) |
| 9/26/2019 | 0.2 | Email correspondence with AUSA and edits to JSR |
| 9/27/2019 | 3.2 | Revise JSR and send to opposing counsel (.1); review cross-motion and opposition and draft reply (3.1) |
| 9/30/2019 | 0.7 | Revisions of PMSJ response brief per R. Smullin suggestions |
| 10/1/2019 | 0.5 | Revisions of MPSJ brief per A. Zieve suggestions |
| 10/2/2019 | 0.3 | Draft declaration and proposed order (.2); Final proof and review of reply/opposition for filing (.1) |
| 10/3/2019 | 0.1 | Finalize and file brief and supporting documents |
| 10/7/2019 | 0.4 | Respond to new AUSA's last-minute fifth extension request (.2); review last-minute extension request (.1); begin work on opposition and review court order (.1) |
| 10/24/2019 | 0.2 | Review reply brief filed by Govt |
| 10/31/2019 | 0.1 | Email AUSA re status of illegible documents (.1) |
| 11/1/2019 | 1.2 | Review email from AUSA (.1); review production and compare consistency with Jih Declaration (1.1) |
| 11/27/2019 | 0.7 | Review production and cover letter (.6); draft JSR (.1) |
| 12/10/2019 | 0.2 | Review proposed edits to JSR and email opposing counsel re same (.2) |
| 12/12/2019 | 0.2 | Email correspondence with AUSA re JSR (.1); finalize and file JSR (.1) |

| Date | Hours | Description |
|---|---|---|
| 12/16/2019 | 0.1 | Review court order |
| 1/1/2020 | 0.1 | Review email from agency re production (.1) |
| 1/3/2020 | 1 | Review production |
| 1/10/2020 | 0.2 | Draft proposed JSR and email to A. Seabrook re same (.2) |
| 1/15/2020 | 0.4 | Review edits to JSR and email opposing counsel re same (.2); emails re revision and file (.2) |
| 1/16/2020 | 0.1 | Review minute order from court |
| 1/31/2020 | 0.1 | Review email from HUD re production |
| 2/5/2020 | 1.2 | Review production (1.1); email opposing counsel re production issue (.1) |
| 2/10/2020 | 0.2 | Email correspondence with A. Seabrook re document issue and joint status report (.1); draft joint status report (.1) |
| 2/13/2020 | 0.1 | Review HUD edits to status report and email A. Seabrook re same (.1) |
| 2/18/2020 | 0.1 | Review court order |
| 3/12/2020 | 1 | Review production (.5); review email from A. Seabrook re JSR and reply (.1); discuss same with R. Smullin (.1); edit JSR and send to A. Seabrook (.1); email correspondence with A. Seabrook re JSR and discuss same with R. Smullin (.2) |
| 3/26/2020 | 0.2 | Review court decision (.1); email correspondence with R. Smullin re same (.1) |
| 3/30/2020 | 0.2 | Review production and email correspondence with R. Smullin re same (.2) |
| 4/4/2020 | 0.5 | Review production (.3); draft email to opposing counsel re redactions, confer with R. Smullin, and send (.2) |
| 4/10/2020 | 0.5 | Email with J. Truong re conferral (.1); tc with J. Truong re redactions (.3); email to J. Truong followup (.1) |
| 4/16/2020 | 0.3 | Email with R. Smullin re JSR (.1); draft proposed JSR (.2) |
| 4/21/2020 | 0.6 | Extensive email correspondence with J. Truong re status (.3); review and revise multiple drafts of JSR with opposing counsel (.3) |
| 4/22/2020 | 0.2 | Coordinate administrative review of documents with non-responsive markings |
| 4/30/2020 | 0.5 | Review production (.3); email J. Truong re failure to abide by court's guidance (.2) |
| 5/1/2020 | 0.2 | Email correspondence with J. Truong re agency's redactions as "non responsive" on 116 pages (.2) |
| 5/22/2020 | 0.1 | Email J. Truong requesting update |
| 5/28/2020 | 0.7 | Review email from J. Truong and attachments (.3); review May production and email R. Smullin re legibility issue (.4) |
| 6/2/2020 | 0.2 | Review email from J. Truong and attached reprocessed document (.2) |
| 6/23/2020 | 1.7 | Go through August 2019 and July 2019 production and make chart of challenged withholdings (1.3); draft proposed JSR (.4) |
| 6/24/2020 | 0.3 | Email correspondence with R. Smullin and A. Zieve re MSJ strategy and JSR (.3) |
| 6/25/2020 | 0.3 | Revise proposed JSR and research re same (.2); email with J. Truong re JSR (.1) |
| 6/29/2020 | 0.2 | Email correspondence J. Truong re status (.2) |

| Date | Hours | Description |
|---|---|---|
| 6/30/2020 | 1.9 | Review production and accompanying letter (.4); revise proposed JSR (.3); email with J. Truong re same (.1); email with R. Smullin re same (.1); additional back and forth email with J. Truong and review and revision of draft JSRs (.9); finalize and file JSR (.1) |
| 7/1/2020 | 0.1 | Review court order |
| 7/6/2020 | 1.7 | Review productions 2 and 4 and de-duplicate documents at issue |
| 7/10/2020 | 2.6 | Review remainder of production and de-dupe/identify documents remaining at issue and organize same |
| 7/13/2020 | 2.2 | Drafting of renewed MSJ |
| 7/14/2020 | 3.3 | Drafting of renewed MSJ brief |
| 7/28/2020 | 1 | Work on renewed MSJ brief |
| 7/29/2020 | 0.4 | Work on renewed MSJ brief (.4) |
| 7/31/2020 | 1 | Review production (.6); draft proposed JSR (.2); email co-counsel re same (.1); email draft to opposing counsel (.1) |
| 8/5/2020 | 0.5 | Review agency's position and edit JSR accordingly (.4); email correspondence with R. Smullin re JSR position (.1) |
| 8/6/2020 | 0.3 | Review, finalize, and file JSR and email with A. Seabrook re same (.2); review court order (.1) |
| 8/13/2020 | 1.1 | Review documents produced by agency and compare to previously produced documents (.9); email co-counsel re analysis and strategy (.1); email opposing counsel re previously withheld document (.1) |
| 8/17/2020 | 0.2 | Email A. Seabrook re review and settlement (.1); email A. Zieve re fees (.1) |
| 8/19/2020 | 1.5 | Review fee records and case law and prepare fee demand (1.2); edits to demand per A. Zieve suggestions and send to A. Seabrook (.3) |
| 8/31/2020 | 0.4 | Draft joint motion to vacate and send to A. Seabrook (.2); followup email correspondence (.2) |
| 9/2/2020 | 0.3 | Email with A. Seabrook re joint motion (.1); finalize and file joint motion to vacate (.2) |
| 9/18/2020 | 0.1 | Email A. Seabrook re fee demand status |
| 9/21/2020 | 0.1 | email with A. Seabrook re status of fees |
| 9/29/2020 | 0.4 | Email to A. Seabrook re JSR re fees (.1); review and reply to counteroffer (.2); draft JSR (.1) |
| 9/30/2020 | 0.2 | Review email from A. Seabrook (.1); finalize and file JSR (.1) |
| 10/7/2020 | 0.1 | Email correspondence with A. Seabrook re potential resolution of fees (.1) |
| 10/13/2020 | 2.4 | Review and respond to opposing counsel's email re fees (.1); legal research for fee petition re rates, compensable hours, and unfiled motions (.8); drafting of fee petition (.4); email correspondence with A. Zieve re strategy (.1); legal research and drafting of argument section (1.0) |
| 10/19/2020 | 2.9 | Email with R. Smullin re strategy for fee motion (.1); email with A. Zieve re strategy for fee motion (.1); drafting of background section of fee motion and preparation of exhibits for same (2.7) |
| 10/20/2020 | 4.4 | Drafting of argument section of fees motion |
| 10/21/2020 | 3.2 | Editing of fee motion and preparation of exhibits |
| 10/22/2020 | 1.2 | Prepare attorney declarations (1.1); discuss fee motion with R. Smullin (.1) |
| 10/23/2020 | 0.5 | Draft Pulver declaration and prepare exhibits (.5) |

| | | | |
|---|---|---|---|
| | 10/26/2020 | 0.8 | Revisions to fee motion brief and declarations per AZ and RS suggestions (.7); legal research for fee motion (.1) |
| | 10/27/2020 | 0.7 | Revise brief per AZ edits and comments |
| | 10/28/2020 | 0.3 | Review and edit brief |
| | 10/30/2020 | 0.8 | Final proofread and file (.8) |
| | **Staff total:** | **82.2** | |
| **Smullin, Rebecca** | | | |
| | 3/29/2019 | 0.2 | Review draft complaint |
| | 4/1/2019 | 0.9 | 0.7/review draft complaint; 0.2/research |
| | 6/3/2019 | 0.5 | Review and discuss draft opposition motion |
| | 8/19/2019 | 0.2 | review draft response to motion |
| | 8/26/2019 | 0.1 | Review draft response to motion |
| | 9/29/2019 | 0.3 | Review and edit draft SJ materials and related research |
| | 10/25/2020 | 0.6 | review draft fees motion |
| | 10/26/2020 | 0.5 | revise draft fee declaration |
| | **Staff total:** | **3.3** | |
| | **Case total:** | **90.6** | |
| | **Grand total** | **90.6** | |